USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/16/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CHRISTOPHER PLAFORD,

Defendant.

No. 16-CR-400 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the sentencing is scheduled for February 20, 2019 at 4:00 p.m. before the Honorable Jed S. Rakoff, in Courtroom 14-B, United States Courthouse, 500 Pearl Street, New York, New York, 10007. Counsel is directed to consult Judge Rakoff's Individual Rules of Practice for the deadlines in which to file their submissions.

SO ORDERED.

Dated: October 16, 2018
New York, New York

Ronnie Abrams
United States District Judge